# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 06-5158**

**September Term, 2006**

06cv00864

**Filed On:**



Chante Hodge and Harold H. Hodge,
Appellants

v.

Jim Horn, USPS, Postmaster, et al.,
Appellees

### ORDER

By order filed July 18, 2006, appellants were directed to file a brief and appendix by August 21, 2006. To date, appellants have not complied with the court's July 18, 2006, order. Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to issue the mandate in this case 45 days after the date of this order.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:
Linda Jones
Deputy Clerk

**MANDATE**
Pursuant to the provisions of Fed. R. App.Pro.41(a)

ISSUED: 12, 13, 06

BY: _____ , Deputy Clerk

ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk